# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br> ANNA GERVAIS, an individual, and RUBY PHAM, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | 2:22-cv-01783-CDS-VCF <br> **ORDER** |

Before the Court is Plaintiff's motion requesting scheduling conference pursuant to LR 22-1 (ECF No. 12).

Accordingly, pursuant to LR 22-1, IT IS HEREBY ORDERED that an in-person scheduling conference is scheduled for 10:00 AM, February 8, 2023, in Courtroom 3D.

IT IS FURTHER ORDERED that Plaintiff's motion requesting scheduling conference pursuant to LR 22-1 (ECF No. 12), is GRANTED.

DATED this 19th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE